IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01844-MSK-MEH

JAMES VELTRI,

    Applicant,

v.

ARI ZAVARES, Director of D.O.C.,
WARDEN BRILL, and
JOHN W. SUTHERS, Attorney General of the State of Colorado,

    Respondents.

---

**ORDER**

---

    This matter is before the Court *sua sponte*.

    It is hereby ORDERED that on or before May 7, 2010, the Clerk of Court, Denver County District Court, Colorado, shall provide to this Court the original written record of case no. 04 CR 3755, *People v. Veltri*, including all hearing and trial transcripts.

    It is further ORDERED that the Clerk of the Court shall serve a copy of this Order on the Clerk of Court, Denver County District Court by regular mail to Clerk of Court, Denver City & County Building, 1437 Bannock Street, Room 256, Denver, Colorado, 80202.

    Dated this 7th day of April, 2010, in Denver, Colorado.

                                      BY THE COURT:

                                      *Michael E. Hegarty*

                                      Michael E. Hegarty
                                      United States Magistrate Judge