FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 5 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martinez

CIVIL ACTION NO. 09-cv-01844 WJM-MEH

JAMES VELTRI,

    Applicant,

vs.

ARI ZAVARES, Director of D.O.C.
WARDEN BRILL, and
JOHN W. SUTHERS, Attorney General of the State of Colorado,

    Respondents.

## ORDER RETURNING STATE COURT RECORD

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

Dated this 15th day of September, 2011.

BY THE COURT:

William J. Martinez
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01844 WJM-MEH

District Court, City and County of Denver
1437 Bannock St. Rm 256
Denver, CO 80202

James S.t Veltri
Prisoner No. 60017
Bent County Correctional Facility (BCCF)
11560 Road FF75
Las Animas, CO 81054-9573

John Jacob Fuerst, III - Colorado Attorney General's Office - Appellate Section
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on 9/15/11.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk